UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH REYES,<br><br>            Plaintiff,<br><br>      v.<br><br>WALMART, INC.,<br><br>            Defendant. | Case No.: 1:21-cv-01423 NONE JLT<br><br>ORDER TO ATTORNEY LEONARD BECKER TO CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR HIS PRACTICE IN THIS COURT WITHOUT SEEKING ADMISSION |

This matter was removed to this court on September 24, 2021.  (Doc. 1) The next day, the Clerk of Court notified Leonard Becker that he was not admitted to practice in this Court and was not in compliance with the electronic filing requirement.  (Docs. 3, 4) The Clerk directed him to correct this issue. Id.  He has not done so but has, even still, been listed on a recently filed pleading Therefore, the Court **ORDERS:**

1. **No later than December 27, 2021**, Mr. Leonard Becker SHALL show cause in writing why sanctions should not be imposed for his acts in practicing in this court without being admitted and for failing to comply with the Clerk's directive that he register for CM/ECF. Alternatively, Mr. Gonzalez may seek admission to this court within the same interval.

IT IS SO ORDERED.

Dated:   **December 16, 2021**                    /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE