# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH REYES,<br><br>            Plaintiff,<br><br>       v.<br><br>WALMART, INC.,<br><br>            Defendant. | Case No.: 1:21-cv-01423-JLT-BAK<br><br>ORDER DISCHARING THE ORDER TO SHOW CAUSE TO ATTORNEY LEONARD BECKER |

On December 17, 2021, the Court ordered Plaintiff's counsel, Leonard Becker, to show cause why sanctions should not be imposed for failure to seek admission to this Court and failure to comply with the electronic filing requirement. (Doc. 7.)  Alternatively, the Court allowed Mr. Becker to seek admission.  He has now been admitted. Therefore, the order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **January 11, 2022**

_____
UNITED STATES MAGISTRATE JUDGE