# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH REYES, | Case No. 1: 21-cv-01423-BAK |
| Plaintiff, | ORDER VACATING MID-DISCOVERY STATUS CONFERENCE |
| v. | (ECF No. 8) |
| WALMART, INC., | |
| Defendant. | |

The scheduling order issued in this action on December 20, 2021, and set a mid-discovery status conference for March 15, 2022. (ECF No. 8.) Following reassignment of this action, on February 1, 2022, the mid-discovery conference was reset in Courtroom 9 before the below assigned Magistrate Judge for the same date and time. Pursuant to the scheduling order, the parties were required to file a joint status report on or before March 8, 2022. (ECF No. 8 at 3.) However, no status report was filed by the deadline.

In the absence of a report, the Court finds it not necessary to hold the status conference or for the parties to appear before the Court to address any outstanding issues regarding the discovery. The Court shall vacate the mid-discovery status conference. The Court notes that the February 1, 2022 administrative resetting of the conference did not send electronic notification to the parties; however, the parties should have been aware that the conference was never vacated with the reassignment, and no new scheduling order was issued. As the parties are aware, the

parties are required to follow any orders of the Court until specifically relieved of any such obligations. Because the parties are appearing before the Court for a settlement conference on April 15, 2022, in the interests of relieving the parties from further expense, and to move forward into the settlement conference with the best foot forward, the Court will not issue an order to show cause why sanctions should not be imposed for the failure to file a status report.

The parties are informed that should a discovery dispute or the need for an informal discovery conference arise, the Court provides an informal process for the parties to bring such discovery disputes before the Court without the need for the filing of a motion, if the parties consent to such informal process. Additional requirements and more detailed procedures for informal discovery conferences before United States Magistrate Judge Stanley A. Boone can be found at the United States District Court for the Eastern District of California's website (www.caed.uscourts.gov) under Judges; United States Magistrate Judge Stanley A. Boone (SAB). In the area entitled "Case Management Procedures," there is a link to "Discovery Dispute Procedures."

Accordingly, IT IS HEREBY ORDERED that the mid-discovery status conference set for March 15, 2022, in Courtroom 9 at 8:30 a.m., is VACATED.

IT IS SO ORDERED.

Dated:   **March 9, 2022**

UNITED STATES MAGISTRATE JUDGE