# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH REYES,<br><br>            Plaintiff,<br><br>    v.<br><br>WALMART, INC.,<br><br>            Defendant. | Case No.  1:21-cv-01423-BAK<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 20)<br><br>**SIXTY-DAY DEADLINE** |

   This action was filed on September 24, 2021.  (ECF No. 1.)  On March 25, 2022, the parties filed a joint notice of settlement.  (ECF No. 20.)  The notice of settlement indicates a settlement has been reached and a formal settlement agreement is currently being circulated between the parties for review and approval.  The parties do not submit any request with respect to the deadline to file dispositional documents, but merely indicate an executed stipulation of dismissal will be filed once all the appropriate signatures have been obtained on the parties' settlement agreement.

   Pursuant to Local Rule 160, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. E.D. Cal. L.R. 160(b).  While the parties do not expressly request an extended deadline to file dispositional documents, the Court nevertheless finds good cause exists to extend the deadline to file dispositional documents in this action based on the filing deadline of the parties' anticipated stipulation to dismiss and the procedural posture of this action.  However, the parties

are reminded that "[a] failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions. Id. (citing E.D. Cal. L.R. 272).

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within **sixty (60) days** of entry of this order.

IT IS SO ORDERED.

Dated: **March 28, 2022**

UNITED STATES MAGISTRATE JUDGE