# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH REYES,<br><br>    Plaintiff,<br><br>  v.<br><br>WALMART, INC.,<br><br>    Defendant. | Case No.  1:21-cv-01423-BAK<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 22) |

On April 11, 2022, the parties filed a joint stipulation for dismissal pursuant to Federal Rule of Civil Procedure 41.  (ECF No. 22.)  In light of the parties' stipulation of dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to close the case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **April 12, 2022**

                                            UNITED STATES MAGISTRATE JUDGE